NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KELVIN FRAZIER, DOC #099699,       )
                                   )
          Appellant,               )
                                   )
v.                                 )       Case No. 2D19-2051
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____    )

Opinion filed November 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Collier
County; Ramiro Mañalich, Judge.

Kelvin Frazier, pro se.


PER CURIAM.

          Affirmed.




SILBERMAN, MORRIS, and BLACK, JJ., Concur.